■ In the Matter of FREDERICK W. STEINER, Petitioner, v SUPREME COURT OF ULSTER COUNTY et al., Respondents. — Application for summary determination of proceeding on the ground of respondents' default denied, without costs, and petition dated January 26, 1982 dismissed. The petition seeks relief in the nature of a declaratory judgment. Such action must be commenced in Supreme Court and not in this court (CPLR 3001). Even if the petition is considered to seek relief pursuant to CPLR article 78, and assuming such proceeding was properly commenced in this court, petitioner has failed to serve the proper parties (CPLR 7804, subd [i]) and to provide proper notice (CPLR 7804, subd [c]). Mahoney, P. J., Sweeney, Kane, Casey and Mikoll, JJ., concur.

■ In the Matter of HAROLD KONIGSBERG, Petitioner, v LOUIS B. SCHEINMAN, as Acting County Judge of Ulster County, Respondent. — Motion by respondent to dismiss petition on objections in point of law granted, and petition dated January 9, 1982 dismissed. The extraordinary remedy of prohibition does not lie to review matters such as the alleged bias or prejudice of a Trial Judge where such matters can be raised on direct appeal from the judgment of conviction (*Matter of Lucas v Scheinman*, 83 AD2d 969). Mahoney, P. J., Kane, Yesawich, Jr., Weiss and Levine, JJ., concur.

■ WALTER J. WILLARD, SR., et al., Respondents, v JAMES MERCER et al., Appellants. (Action No. 1.) PIPER AGENCY, LTD., Respondent, v JAMES MERCER et al., Defendants and Third-Party Plaintiffs-Appellants, et al., Defendant. WALTER J. WILLARD, SR., et al., Third-Party Defendants-Respondents. — Motion to vacate order entered July 31, 1981 or, in the alternative, to compel appellant in Action No. 1 to make proper entry and service of such order denied, without costs, as unnecessary (see *Matter of Upset, Inc. v Power Auth. of State of N. Y.*, 59 AD2d 630). Mahoney, P. J., Sweeney, Casey and Weiss, JJ., concur.